FILED

AUG 27 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF CALIFORNIA

Gus Who, et. al.

v.
Town Council of Los Gatos,
USDC, et. al.

Case # 26-cv- 08282 SK
Motion to Recognize Gus Who as the AUTHOR

Motion to assign Senior Judge Susan Illston (experienced)

On August 13, 2026 a United States Magistrate Judge named SALLIE KIM, filed an Order in this case entitled "ORDER DENYING PLAINTIFF'S MOTION TO PROCEED UNDER A PSEUDONYM"

Rebuttal - Information is sensitive - any kind of supporting documents- need to be sealed - case involving- civil war mentality - and bad government- enough said

Note: AUTHOR in this spiritual context represents the Holy Ghost, as religion issue is the core subject matter, and "Plaintiffs" are signing on .. as individuals

Plaintiffs believe in this time and age, filing a RICO ACT that involves local, state or federal government bodies, such as this case of a local Town Council that is engaged in clearly ill advised legal practices to implement local codes, creating conditions that violate the very fundamental right to "Petition the Government" as described in set motion that produced this case number.

Plaintiffs TITLE to case, "Gus Who, et. al" Represents all plaintiff that have rights to file a grievance against a government body that claims to hear cases in the name of "Truth and Justice" for all, as stated in the first amendment of the United States Constitution.

For obvious reasons Plaintiffs do not want to be single out, due to all 3 conditions can apply for need to stay anonymous by the author of this complaint, who seeks a senior level judge with experience with author. As author was accused of being a driving force to a good judge name USDC Charles A. Legge 2001 resignation.

As an individual can become an "AUTHOR" that carries weight as a writer, and not a lawyer in a court of law.

CLASS ACTION STEMS FROM AN APPEAL BEING DENIED.

The author, seeing the need to file a class action lawsuit in federal court in which he has been witnessing and following along planning commission meetings regarding a mosque request to extend its hours of operations for prayer services and the public weighing in, and being denied the right to appeal, and was informed of at least 1 other had been denied. This Town is being sued under the RICO ACT, and the USDC courts are denying to file or hear this case that involves simple basic rights, like a right to appeal, or file a claim against government.

A lot of articles and documents have engulfed this town (over 2,000 in Agenda packet - 8/18/26 meeting), draining Town resources, abusing both the neighborhood coalition, and a Muslim Association's with conditional use permit requirements, which is ongoing with no end in sight.

This agenda item has spread beyond the town, as others outside the town weight in, and recently a mass shooting took place in San Diego at a mosque, as more major concerns arose from that by Farley Rd. coalition and large gatherings. (Not sure if recent development of limitations to mosque is in report)

Brief history - highlights- a church located a half a block in on Farley Rd was bought in 2018 by WVMA. The neighbor next door to this mosque reported to town council about 2 to 3 years ago of heavy traffic from ramadan driving into the neighborhood. Hired an attorney, and that's what became the Farley Rd. Coalition, looking for ways to limit use of building being occupied. Town is known to be reluctant to act, and allow things to progress ... WVMA applies for proper permits to extend hours due to shifting 'lunar time calendar' to pray.

CURRENT IMPORTANT FACTS THAT HAPPEN, AND ARE HAPPENING

At a Jan. 20, 2026 Town Council meeting 2 people spoke up at verbal communication on anti-Islam and "being terrorist" message on part of a Palestinian flag that was destroyed.

There have been 5 planning Commission meetings, started 3/25/26 and now 2 Town Hall meetings with no set date scheduled and new issue arise consistently .. both sides gather support.

San Jose sent back complaint, the Court in San Francisco assigned a number for a record, before denying service time, that plaintiffs can't afford to serve all parties that have equal rights to file complaints/ appeals and or pray in a mosque, church, synagogue ... or temple.

The Town of Los Gatos does not keep adequate records. The author of this complaint may be turning in sensitive material, that due to the nature of this case may need to move faster than normal, as TOWN, by both sides is seen as the main cause of this situation dragging on.

**The author filed this class action in hopes of pointing out the obvious, that is ill advised legal counsel the town employees. Author repeatedly informed planning commission members and town council of this class lawsuit for transparency reasons.**

**Given that there is a lot of documents posted ... if one look at some documents filed by WVMA in the record... and the worries that people have stated, this is a hot topic that can easily explode. Other explosive issues have now surfaced.. as residence flat out rip into town Council over TRAFFIC and large developments that pass with very little public scrutiny. Numbers do not add up, and a large amount of legal fees and consultant fees are being paid out.**

**The author now states, should I choose at any time to seek monetary damages, given the facts that very shady things are taking place and a federal investigation may be required that requires ... immediate action.**

**Possibly up too $100 million in damages... all new employees, given loyalty and cover up mentality that appear to be obvious to the public. - see fire reassessment article!**

**This should be considered a Gov. v. Religion case ... or as in a... (Ice gov v. Brown lives matter) as sides have already been drawn! Military equipment needed kind of deal breaker...**

**Motion to assign UNITED STATES Senior Judge Susan Illston on call (Zoom call) for the Cat in a Hat Town Hall meeting, if there is one... I will leave it at that, for a record.**

**Respectfully Submitted**

**Gus Who** [signature] 8/21/26

**All Rights Reserved**
© ®

**Please see attachment that is concerning a deal breaker for WVMA, and to possibly launch a federal investigation to bribes / corrupt..**

11:32

The Mercury News

# West Valley Muslim Association revealed that county fire department reassessed their occupancy limits



West Valley Muslim Association founder Razi Mohiuddin requested on Tuesday that the Los Gatos Town Council continue discussions about the appeal of its conditional use permit to September to allow for the association to determine why the Santa Clara County Fire Department reassessed their mosque's occupancy limits from 1,214 for all three auditoriums to 566 last month. The council unanimously voted to grant a continuance to a date uncertain. (Courtesy photo)

ews.com

4/4

Tevis IGNACIO
327 Blossom Valley DR.
Los Gatos, CA 95032

Retail

UNITED STATES POSTAL SERVICE®

RDC 99

94102

U.S. POSTAGE PAID
FCM LG ENV
SAN JOSE, CA 95124
AUG 21, 2026

$2.27

S2325A500381-01

RECEIVED

AUG 27 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
U.S. DISTRICT COURT
450 Golden GATE AVE
SAN FRANCISCO, CA. 94102