UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GUS WHO,

Plaintiff,

v.

TOWN COUNCIL OF LOS GATOS, et al.,

Defendants.

Case No. 26-cv-08282-SK

**ORDER DENYING PLAINTIFF'S MOTION**

Regarding Docket No. 8

On August 27, 2026, Plaintiff filed a motion titled: "Motion to recognize Gus Who as the Author" and "Motion to Assign Senior Judge Illston." (Dkt. No. 8.) The Court interprets Plaintiff's motion as a renewed motion to proceed under a pseudonym and as a request to reassign this case to Judge Illston. First, Plaintiff has not established circumstances warranting pseudonymity. *See Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1067–68 (9th Cir. 2000) (the Ninth Circuit "allow[s] parties to use pseudonyms in the 'unusual case' when nondisclosure is necessary to protect a person from harassment, injury, ridicule, or personal embarrassment." (internal quotation omitted). Accordingly, the Court DENIES Plaintiff's renewed motion to proceed under a pseudonym.

Second, Plaintiff has not demonstrated whether this action is related to a case before Judge Illston nor explained why this case should be reassigned. The Court therefore DENIES Plaintiff's request to assign this case to Judge Illston. The Court HEREBY ORDERS Plaintiff to file a "Consent or Declination to Magistrate Judge Jurisdiction" form indicating whether he consents to or declines magistrate judge jurisdiction no later than September 18, 2026.

**IT IS SO ORDERED**.

Dated: September 4, 2026

Sallie Kim

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California