United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GUS WHO,

Plaintiff,

v.

TOWN COUNCIL OF LOS GATOS, et al.,

Defendants.

Case No. 26-cv-08282-SK

**ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS***

Regarding Docket No. 9

On August 10, 2026, Plaintiff, proceeding *pro se*, filed a complaint and an application to proceed *in forma pauperis* ("IFP"). (Dkt. No. 1, 3.) The IFP statute, 28 U.S.C. § 1915, permits an indigent litigant to commence a civil action in federal court without prepaying the filing fee. 28 U.S.C. § 1915.

On August 13, 2026, the Court denied Plaintiff's application without prejudice. (Dkt. No. 5.) The Court provided Plaintiff the opportunity to file an amended application to cure the deficiencies described in the order. (*Id.* at 2.) On August 27, 2026, Plaintiff filed a response to the Court's order, which the Court construes as an amended application to proceed IFP. (Dkt. No. 9.) Plaintiff's amended application does not inform the Court of Plaintiff's date of last employment, past income, assets, the amount of money he receives from other sources, expenses, and debts. Because Plaintiff's amended application is incomplete, the Court finds that Plaintiff has failed to demonstrate an inability to pay the filing fee. Accordingly, the Court DENIES Plaintiff's application to proceed IFP.

/ / /

/ / /

/ / /

/ / /

United States District Court
Northern District of California

Plaintiff must pay the filing fee by no later than **October 29, 2026** or this case will be dismissed without prejudice. Plaintiff is responsible for service of the summons, complaint, any amendments and attachments, as well as scheduling orders and other documents specified by the Clerk, pursuant to Federal Rule of Civil Procedure 4. While this case is pending, Plaintiff must promptly inform the Court of any change of address. Failure to do so may result in dismissal of this action.

**IT IS SO ORDERED**.

Dated: September 29, 2026

SALLIE KIM
United States Magistrate Judge