UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUS WHO,<br>Plaintiff,<br>v.<br>TOWN COUNCIL OF LOS GATOS, et al.,<br>Defendants. | Case No. 26-cv-08282-SK<br><br>**ORDER REGARDING FILING FEE**<br><br>Regarding Docket No. 11 |

On August 10, 2026, Plaintiff, proceeding *pro se*, filed a complaint and an application to proceed in forma pauperis ("IFP"). (Dkt. No. 1, 3.) On August 13, 2026, the Court denied Plaintiff's application without prejudice. (Dkt. No. 5.) The Court provided Plaintiff the opportunity to file an amended application to cure the deficiencies described in the order. (*Id.* at 2.) On August 27, 2026, Plaintiff filed a response to the Court's order, which the Court construed as an amended application to proceed IFP. (Dkt. No. 9.) The Court denied Plaintiff's application and ordered him to pay the filing fee by October 29, 2026. (Dkt. No. 11.) As of today, Plaintiff has not paid the filing fee. The Court will allow Plaintiff two additional weeks to pay the fee; if he fails to pay by **November 16, 2026**, his complaint will be dismissed without prejudice. The Court will not provide Plaintiff with another reminder to pay the fee before dismissing his case.

**IT IS SO ORDERED**.

Dated: November 2, 2026

SALLIE KIM
United States Magistrate Judge